IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LISA McFARLANE | )<br>)<br>) |
| PLAINTIFF, | ) Dkt. No. 3:23-CV-00630<br>) |
| V. | ) Honorable Judge Aleta Trauger<br>) Honorable Barbara Holmes, Magistrate Judge |
| WESTERN EXPRESS, INC. | )<br>) JURY DEMANDED |
| DEFENDANT. | )<br>) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Lisa McFarlane ("McFarlane" or "Plaintiff") and the Defendant, Western Express, Inc. ("Western" or "Defendant") (collectively, the "Parties"), and notify the Court that the Parties have consented and agreed to dismiss this action, with prejudice, as part of the settlement reached between them.

IT IS, THEREFORE, ORDERED AND ADJUDGED , that this action is hereby dismissed with prejudice, with costs herein, if any, to be taxed to Plaintiff.

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2024.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

/s/ Michael P Stewart_____  
**Michael P. Stewart, BPR# 30367**  
Attorney for Plaintiff  
200 S Woodland Street  
Manchester, Tennessee 37355  
mstewart@ericjburch.com  
(931) 954-1066  

/s/Rachel K. Speller_____  
**Rachel K. Speller, BPR# 29258**  
Attorney for Defendant  
7135 Centennial Place  
Nashville, Tennessee, 37209  
rspeller@westernexp.com  
(615) 369-8285