IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LISA McFARLANE | |
| PLAINTIFF, | Dkt. No. 3:23-CV-00630 |
| V. | Honorable Judge Aleta Trauger |
| | Honorable Barbara Holmes, Magistrate Judge |
| WESTERN EXPRESS, INC. | |
| | JURY DEMANDED |
| DEFENDANT. | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Lisa McFarlane ("McFarlane" or "Plaintiff") and the Defendant, Western Express, Inc. ("Western" or "Defendant") (collectively, the "Parties"), and notify the Court that the Parties have consented and agreed to dismiss this action, with prejudice, as part of the settlement reached between them.

IT IS, THEREFORE, ORDERED AND ADJUDGED , that this action is hereby dismissed with prejudice, with costs herein, if any, to be taxed to Plaintiff.

SO ORDERED AND ADJUDGED.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

/s/ Michael P Stewart_____         /s/Rachel K. Speller_____
**Michael P. Stewart, BPR# 30367**       **Rachel K. Speller, BPR# 29258**
Attorney for Plaintiff                   Attorney for Defendant
200 S Woodland Street                    7135 Centennial Place
Manchester, Tennessee 37355              Nashville, Tennessee, 37209
mstewart@ericjburch.com                  rspeller@westernexp.com
(931) 954-1066                           (615) 369-8285